854

No. 71–91.  UNDERWRITERS AT LLOYDS LONDON ET AL. *v.* ALCOA STEAMSHIP CO., INC., ET AL.  C. A. 5th Cir. Certiorari denied.

No. 71–94.  PENNINGTON *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 71–95.  SHOUP VOTING MACHINE CORP. *v.* DATAMEDIA COMPUTER SERVICE, INC.; and

No. 71–128.  AVM CORP. *v.* DATAMEDIA COMPUTER SERVICE, INC.  C. A. 5th Cir.  Certiorari denied. Reported below: 441 F. 2d 604.

No. 71–96.  MADDEN *v.* MADDEN ET AL.  Sup. Jud. Ct. Mass.  Certiorari denied.

No. 71–98.  JOHN S. BARNES CORP. *v.* NATIONAL LABOR RELATIONS BOARD.  C. A. D. C. Cir.  Certiorari denied.

No. 71–99.  SPERING *v.* TEXAS BUTADIENE & CHEMICAL CORP.  C. A. 3d Cir.  Certiorari denied.

No. 71–100.  GLASSER *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 71–102.  MCANDREW ET AL. *v.* SELECTIVE SERVICE BOARD No. 22 ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 71–104.  IN RE REILLY.  C. A. 7th Cir.  Certiorari denied.

No. 71–106.  CONTRACTORS ASSOCIATION OF EASTERN PENNSYLVANIA ET AL. *v.* HODGSON, SECRETARY OF LABOR, ET AL.  C. A. 3d Cir.  Certiorari denied.